UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81080-CIV-MIDDLEBROOKS

**SECURITIES AND EXCHANGE COMMISSION**,

    Plaintiff,

vs.

**MERCER CAPITAL, INC.**, *et al.*,

    Defendants.
_____/

### ORDER GRANTING RECEIVER'S EX PARTE EMERGENCY MOTION TO EXPAND SCOPE OF ORDER APPOINTING RECEIVER

**THIS CAUSE** came before the undersigned duty judge on the Receiver, Daniel S. Newman's *Ex Parte* Emergency Motion to Expand Scope of Order Appointing Receiver. Upon a review of the Motion and the exhibits attached, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Emergency Motion is **GRANTED**. The November 21, 2006 Order Appointing Receiver is expanded to include a related entity, Mercer Asset Management, LLC. The Receiver is authorized to take all actions described in the November 21, 2006 Order with respect to Mercer Asset Management, LLC.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of November, 2006.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record